UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-428-FDW-DSC

| | |
|---|---|
| **MICHAEL SLAFKA, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **FNU LNU,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* following review of the Complaint (Doc. No. 1).

The Court advises Plaintiffs, who are proceeding *pro se*, the Court intends to dismiss the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds of immunity and/or for failure to state a claim upon which relief can be granted. See Robertson v. Anderson Mill Elem. Sch., 989 F.3d 282, 290-91 (4th Cir. 2021) (district courts may dismiss a complaint *sua sponte* after the party whose complaint stands to be dismissed is afforded notice and the opportunity to amend or otherwise respond). The Court advises Plaintiffs that failure to file a sufficient Amended Complaint within 30 days of this Order will result in the dismissal of this action without further notice. The Clerk of Court will be instructed not to issue any summonses or subpoenas in this case until specifically ordered to do so by the Court.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiffs shall file a sufficient Amended Complaint within **thirty (30) days** of this Order. The failure to timely comply will result in this action's dismissal without further notice.

2. The Clerk of Court is respectfully instructed not to issue any summonses or subpoenas in this case until specifically ordered to do so by the Court.

Signed: August 18, 2021

Frank D. Whitney
United States District Judge